UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David M. VanSickle #167401

Case No.  15-mc-80113-JD

**ORDER OF SUSPENSION**

Because David M. VanSickle has failed to respond to the Order to Show Cause, David M. VanSickle's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  May 29, 2015

_____

JAMES DONATO
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David M. VanSickle #167401

Case No.  15-mc-80113-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/29/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M. VanSickle
PO Box 71
La Mirada, CA 90637

Dated: 5/29/2015

Richard W. Wieking
Clerk, United States District Court

By: _____

Lisa R. Clark, Deputy Clerk to the Honorable   James Donato